United States District Court
Southern District of Texas
**ENTERED**
September 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STACY BENTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2493 |
| | § | |
| S S D ENTERPRISES, INC. d/b/a THE RITZ HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case, the plaintiff takes nothing by her suit.

This is a Final Judgment.

SIGNED on this 31st day of August, 2020.

_____
Kenneth M. Hoyt
United States District Judge